### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

JOSEPH EMIL KLUG,

    Plaintiff,

v.                                              CASE NO. 5:16-cv-00059-MP-EMT

R. RIVERA,

    Defendant.

_____/

### O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 26, 2016. (Doc. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 13. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation, Doc. 12, is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies, pursuant to 28. U.S.C. § 1915(e)(2)(B)(ii).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this _12th_ day of May, 2016

                                                   *s/Maurice M. Paul*
                                            Maurice M. Paul, Senior District Judge